IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


ERIC WAYNE HARRIS                                                        PLAINTIFF

V.                              Case No. 4:11CV00890 JTK

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                          DEFENDANT


## <u>JUDGMENT</u>

Pursuant to the Memorandum and Order entered in this case on this date, IT IS

CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner

is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 8th day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE